IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-cr-10133-AJP |
| | ) | |
| MARIANA ALEXANDRA DEWEY, | ) | |
| Defendant. | ) | |
| | ) | |

**UNITED STATES' NOTICE TO THE COURT**

Comes now the United States of America, by and through undersigned counsel, giving notice to the Court that to the best of its knowledge the investigation and/or prosecution of this action:

☐ Involved the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present; or

☑ Did not involve the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

s/ *Larry W. Fadler*

Larry W. Fadler
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (fax)
larry.fadler@usdoj.gov
Kan. S. Ct. No. 30243